The People of the State of New York, Respondent, 
against
Dorchester, LLC, Appellant.



Appeal from a judgment of the District Court of Nassau County, First District (William J. O'Brien, J.), rendered November 18, 2014. The judgment convicted defendant, after a nonjury trial, of failing to maintain fire escapes.




ORDERED that the judgment of conviction is reversed, on the law, the count of the superseding information alleging the offense of failing to maintain fire escapes is dismissed, and the fine, if paid, is remitted.
On October 25, 2013, following a fire at an apartment complex owned by defendant, the People charged defendant, insofar as is relevant to this appeal, with failing to maintain fire escapes, in violation of Nassau County Fire Prevention Ordinance (Ordinance) § 2.2. A superseding information was filed on April 24, 2014. Following a nonjury trial, defendant was convicted of the charge.
As the People properly concede, the count of the superseding information charging the offense in question is facially defective in that it fails to allege defendant's lack of compliance with an order to remedy the violation as required by the Ordinance (see Ordinance §§ 2.2, 2.3; Executive Law § 382 [2]; People v Plateau Assoc., LLC, 46 Misc 3d 1, 6 [App Term, 2d Dept, 9th & 10th Jud Dists 2014]; People v Caravousanos, 2 Misc 3d 7, 9-10 [App Term, 2d Dept, 9th & 10th Jud Dists 2003]; People v Rafalowitz, 43 Misc 3d 1232[A], 2014 NY Slip Op 50903[U], *3 [Nassau Dist Ct 2014]).
Accordingly, the judgment of conviction is reversed, the count of the superseding information alleging the offense of failing to maintain fire escapes is dismissed, and the fine, if paid, is remitted.
Iannacci, J.P., Tolbert and Garguilo, JJ., concur.
Decision Date: November 28, 2016